IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARLTON L. AVERY, d.b.a. Avery Mediation Services, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:25cv571-MHT (WO) |
| THE BULLER GROUP, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting a federal claim under the Fair Housing Act, 42 U.S.C. §§ 3601 to 3631, and a variety of claims under Alabama law, all stemming from a dispute about a residence he leased. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice for plaintiff's contumacious disregard of court orders and his failure to prosecute. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE